THOMAS M. DONNELLY (Bar No. 136546)
RYAN R. TACORDA (Bar No. 227070)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendants
Wells Fargo Bank, N.A., and F. Warren Hellman as Trustees of Trust A created by the Estate of Marco Hellman, and F. Warren Hellman as Trustee of Trust B created by the Estate of Marco Hellman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, DECEASED; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; and CITY OF WOODLAND;<br><br>Defendants. | Case No.: 2:05-CV-01510-WBS-PAN<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTIONS TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: July 27, 2005<br>Trial Date: None Set<br>Judge: William B. Shubb |

## RECITALS

WHEREAS, Plaintiff ADOBE LUMBER, INC. filed its First Amended Complaint in this action on August 29, 2005. Plaintiff has served its First Amended Complaint upon all of the named defendants except for THE ESTATE OF MARCO HELLMAN, DECEASED. Plaintiff is still in the process of serving such defendant.

WHEREAS, responses to the First Amended Complaint are due as early as October 11, 2005, and thereafter (depending on the date and manner of service of process).

WHEREAS, the following defendants intend to file, as their initial responses to the First Amended Complaint, a motion to dismiss under Fed. R. Civ. Proc. 12(b)(6): F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; and CITY OF WOODLAND (hereinafter, collectively, the "Stipulating Defendants"). Plaintiff has reached a settlement agreement in principle with the remaining two named defendants, HAROLD TAECKER, an individual, GERALDINE TAECKER, an individual.

WHEREAS, some or all of the Stipulating Defendants intend to move this Court to dismiss the First Amended Complaint on the ground that Plaintiff cannot state a claim for contribution under section 107 of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9607, and thus the First Amended Complaint should be dismissed in its entirety as against the Stipulating Defendants. Some of the Stipulating Defendants may move to dismiss on other grounds specific to them.

WHEREAS, in order to streamline the motions to dismiss, Plaintiff and the Stipulating Defendants have agreed that there will be filed one, joint motion to dismiss on behalf of some or all of the Stipulating Defendants that addresses the CERCLA section 107

1

arguments. Each Stipulating Defendant may file its own motion to dismiss that addresses other grounds for dismissal specific to that Stipulating Defendant.

WHEREAS, the Stipulating Defendants need a short extension of time to respond to the First Amended Complaint in order to prepare their joint motion to dismiss.

### STIPULATION

NOW, THEREFORE, in light of the foregoing Recitals, Plaintiff and the Stipulating Defendants stipulate as follows, and jointly request that the Court enter the below Proposed Order:

1. The Stipulating Defendants shall have up to and including **October 24, 2005** to file their initial responses to the First Amended Complaint, which shall be a joint motion to dismiss under Fed. R. Civ. Proc. 12(b)(6) that addresses the CERCLA section 107 arguments referenced above, or any separate motions to dismiss that address other grounds for dismissal with respect to that Stipulating Defendant.

2. Plaintiff's opposition to any such motions to dismiss shall be filed no later than **November 21, 2005**. Any reply papers shall be filed no later than **December 5, 2005**.

3. The hearing on any such motions to dismiss shall occur on **December 12, 2005**, beginning at 1:30 p.m. in Courtroom 5 of this Court, the Honorable William B. Shubb presiding.

IT IS SO STIPULATED.

DATED: October __, 2005          BARTKO, ZANKEL, TARRANT & MILLER

By _____
ROBERT L. WAINESS
Attorneys for Plaintiff Adobe Lumber, Inc.

| | | |
|---|---|---|
| 1 | DATED: October __, 2005 | HELLER EHRMAN LLP |
| 2 | | |
| 3 | | By s/ Thomas M. Donnelly |
| 4 | | THOMAS M. DONNELLY<br>Attorneys for Defendants Wells Fargo Bank and F. Warren Hellman as Trustees |
| 5 | | |
| 6 | DATED: October __, 2005 | DOWNEY BRAND LLP |
| 7 | | |
| 8 | | By _____ |
| 9 | | MERSWIND C. REYER<br>Attorneys for Defendants Woodland Shopping Center, a limited partnership, and Joseph Montalvo, an individual |
| 10 | | |
| 11 | DATED: October __, 2005 | LEACH, MCGREEVY & LABRADOR, LLP |
| 12 | | |
| 13 | | By _____ |
| 14 | | PETER LABRADOR<br>Attorneys for Defendant Hoyt Corporation |
| 15 | | |
| 16 | DATED: October __, 2005 | BEVERIDGE & DIAMOND, P.C. |
| 17 | | |
| 18 | | By _____ |
| 19 | | GARY J. SMITH<br>Attorneys for Defendant PPG Industries, Inc. |
| 20 | DATED: October __, 2005 | BARG COFFIN LEWIS & TRAPP, LLP |
| 21 | | |
| 22 | | By _____ |
| 23 | | R. MORGAN GILHULY<br>Attorneys for Defendant Occidental Chemical Corporation |
| 24 | | |

3

STIPULATION AND PROPOSED ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTIONS TO DISMISS
CASE NO.: 2:05-CV-01510-WBS-PAN

1 | DATED: October __, 2005          BEST BEST & KRIEGER LLP

By _____
KEVIN T. COLLINS
Attorneys for Defendant City of Woodland

### [PROPOSED] ORDER

Having considered the foregoing Stipulation, and good cause appearing therefor,

IT IS SO ORDERED.

DATED: October 7, 2005         By _____
Hon. William B. Shubb
United States District Court Judge

SF 1196075 v1
10/7/05 5:48 PM (13175.1322)