Howard L. Pearlman, State Bar No. 124785
Robert L. Wainess, State Bar No. 121137
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiff
ADOBE LUMBER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br>                Plaintiff,<br><br>      v.<br><br>F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, DECEASED; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; and CITY OF WOODLAND;<br><br>                Defendants. | No.  2:05-CV-01510-WBS-PAN<br><br>**STIPULATION AND [Proposed] ORDER EXTENDING TIME FOR DEFENDANTS HAROLD TAECKER AND GERALDINE TAECKER TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR FILING MOTION TO APPROVE SETTLEMENT** |

WHEREAS, Plaintiff Adobe Lumber, Inc. ("Adobe") filed in the above-captioned action (the "Action") its original Complaint on July 27, 2005 and its First Amended Complaint for Cleanup Order Under RCRA; Contribution and Declaratory Relief Under CERCLA; Contribution and Indemnity Under the California Hazardous Substances Account Act; Nuisance; Trespass; Strict Product Liability; Negligence; and Negligence *Per Se* ("Adobe's FAC") on August 29, 2005;

WHEREAS, Adobe delivered a summons, the FAC, a Notice and Acknowledgment of Receipt of Summons and related documents to Defendants HAROLD TAECKER, an individual, and GERALDINE TAECKER, an individual (the "Taeckers") by United States Mail on or about August 30, 2005;

WHEREAS, Adobe and the Taeckers (the "Parties") have settled the Action upon the occurrence of certain conditions precedent (the "Settlement Agreement");

WHEREAS the Parties have agreed to file a joint motion for determination of good faith settlement that will request the Court to: i) discharge the Taeckers from all liability for contribution to any third party and ii) reduce the amount of Adobe's claims against third parties by the amount of its settlement with the Taeckers;

WHEREAS, a favorable ruling on the Parties' Motion to Approve Settlement is a condition precedent to the performance of the Settlement Agreement.

WHEREAS, the Parties intend to file their Motion to Approve Settlement by December 23, 2005 but not later than January 31, 2006.

WHEREAS, the Parties agree that the Taeckers should not be required to file an answer or other responsive pleading unless the Parties either fail to file their Motion to Approve Settlement or receive an unfavorable ruling on such motion.

NOW THEREFORE, it is hereby stipulated as follows:

1. Adobe and the Taeckers intend to file and serve their Motion to Approve Settlement by December 23, 2005 and agree that either the Motion to Approve Settlement or the Taeckers' responsive pleading to the FAC will be filed no later than

January 31, 2006.

    2. If Adobe and the Taeckers file their Motion to Approve Settlement and receive an unfavorable ruling from the Court such that they cannot perform the Settlement Agreement, the Taeckers shall file an answer or other pleading responsive to Adobe's FAC within 30 days after service of the Court's ruling on the Motion to Approve Settlement.

DATED:  December ___, 2005

                              BARTKO, ZANKEL, TARRANT & MILLER
                              A Professional Corporation

                              By: ___
                                 Robert L. Wainess
                                Attorneys for Plaintiff
                                ADOBE LUMBER, INC.

DATED:  December ___, 2005

                              LEWIS BRISBOIS BISGAARD & SMITH LLP

                              By: ___
                                 Robert M. Shannon
                                Attorneys for Defendants
                                HAROLD TAECKER and
                                GERALDINE TAECKER

         IT IS SO ORDERED:
DATED:  December  9, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE