Glenn P. Zwang, State Bar No. 112295
Howard L. Pearlman, State Bar No. 124785
Robert L. Wainess, State Bar No. 121137
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiff
ADOBE LUMBER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, DECEASED; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; and CITY OF WOODLAND;<br><br>　　　　　Defendants. | No.  2:05-CV-01510-WBS-PAN<br><br>**STIPULATION AND [Proposed] ORDER GRANTING ADOBE LUMBER LEAVE TO FILE SECOND AMENDED COMPLAINT** |

## **RECITALS**

　　　　A.　　Plaintiff Adobe Lumber, Inc. ("Adobe") filed a Complaint in the above-captioned action on July 27, 2005 and a First Amended Complaint (the "FAC") on August 29, 2005;

-1-

1507.016/310704.1

STIPULATION AND [Proposed] ORDER GRANTING ADOBE LUMBER LEAVE TO FILE SECOND AMENDED COMPLAINT -- Case No.  2:05-CV-01510-WBS-PAN

PDF created with pdfFactory trial version www.pdffactory.com

B. The Court's Memorandum and Order Re: Motion to Dismiss, dated January 3, 2006 (the "Order"), granted certain defendants' motion to dismiss the Ninth, Tenth and Eleventh Claims in the FAC as time-barred, and gave Adobe 30 days from the date of the Order to file an amended complaint consistent therewith;

C. Adobe has prepared amendments to its FAC in conformance with the Order, and no further order or leave of court is required for Adobe to file such amendments (the "Amendments by Order");

D. Adobe has also prepared proposed amendments to its FAC that are additional to the Amendments by Order (the "Additional Amendments");

E. Adobe has prepared a proposed Second Amended Complaint for Cleanup Order Under RCRA; Contribution and Declaratory Relief Under CERCLA; Contribution and Indemnity Under the California Hazardous Substances Account Act; Nuisance; Trespass; Strict Product Liability; Negligence; and Negligence *Per Se* (the "SAC");

F. A copy of the SAC is attached hereto as **Exhibit A**, and a redlined copy of the SAC showing the proposed changes to the FAC is attached hereto as **Exhibit B**;

G. All amendments to Adobe's FAC set forth in the proposed SAC are Amendments by Order except for amendments to the following paragraphs of the SAC: ¶ 13 (new), ¶ 14, ¶ 17, ¶ 24 (deleted), ¶ 27(d), ¶ 58, headings -- Sixth, Seventh and Eighth claims for relief, ¶ 108 and ¶ 116, Prayer for Relief, ¶¶ 6-7;

H. Pursuant to F.R.C.P. 15(a), Adobe must obtain leave of court or "written consent of the adverse party" to file the Additional Amendments; and

I. To prevent inefficiency, the filing of multiple amendments to Adobe's FAC, and the filing of an unnecessary motions, the parties hereto wish to consent to Adobe filing the Additional Amendments, as contained in the SAC, provided that defendants' rights to challenge the SAC or any part thereof, by motion, pleading or otherwise, are preserved to the same extent as if the Court had granted a motion by Adobe to file the Additional Amendments.

1507.016/310704.1                    STIPULATION AND [Proposed] ORDER GRANTING ADOBE LUMBER LEAVE TO FILE SECOND AMENDED COMPLAINT -- Case No. 2:05-CV-01510-WBS-PAN

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

NOW, THEREFORE, in light of the foregoing recitals, the parties, through their respective attorneys of record, hereby stipulate as follows, and jointly request that the Court enter an Order as follows:

1. Plaintiff Adobe Lumber, Inc. may file its Second Amended Complaint for Cleanup Order Under RCRA; Contribution and Declaratory Relief Under CERCLA; Contribution and Indemnity Under the California Hazardous Substances Account Act; Nuisance; Trespass; Strict Product Liability; Negligence; and Negligence *Per Se* ("SAC"), a copy of which is attached hereto as Exhibit A; and

2. Service of the SAC shall be in accordance with the Federal Rules of Civil Procedure and the Local Rules of Practice for the United States District Court, Eastern District of California.

IT IS SO STIPULATED.

DATED: _____, 2006     BARTKO, ZANKEL, TARRANT & MILLER

By: _____
ROBERT L. WAINESS
Attorneys for Plaintiff Adobe Lumber, Inc.

DATED: _____, 2006     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
ROBERT M. SHANNON
Attorneys for Defendants
Harold Taecker and Geraldine Taecker

DATED: _____, 2006     HELLER EHRMAN LLP

By: _____
THOMAS M. DONNELLY
Attorneys for Defendants
Wells Fargo Bank and F. Warren Hellman as Trustees

-3-

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: _____, 2006 | DOWNEY BRAND LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MERSWIND C. REYER |
| | | Attorneys for Defendants |
| 5 | | Woodland Shopping Center, a limited partnership, and |
| | | Joseph Montalvo, an individual |
| 6 | | |
| 7 | DATED: _____, 2006 | FOLEY, BARON & METZGER, PLLC |
| 8 | | |
| | | By: _____ |
| 9 | | RICHARD S. BARON |
| | | Attorneys for Defendant |
| 10 | | Hoyt Corporation |
| 11 | | |
| 12 | DATED: _____, 2006 | LEACH, MCGREEVY & LABRADOR, LLP |
| 13 | | |
| 14 | | By: _____ |
| | | PETER LABRADOR |
| 15 | | Attorneys for Defendant |
| | | Hoyt Corporation |
| 16 | | |
| 17 | DATED: _____, 2006 | BEVERIDGE & DIAMOND, P.C. |
| 18 | | |
| 19 | | By: _____ |
| | | GARY J. SMITH |
| 20 | | Attorneys for Defendant |
| | | PPG Industries, Inc. |
| 21 | | |
| 22 | DATED: _____, 2006 | BARG COFFIN LEWIS & TRAPP, LLP |
| 23 | | By: _____ |
| 24 | | R. MORGAN GILHULY |
| | | Attorneys for Defendant |
| 25 | | Occidental Chemical Corporation |
| 26 | | |
| 27 | | |
| 28 | | |

-4-

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: _____, 2006        BEST BEST & KRIEGER, LLP

3                                   By: _____
4                                        Kevin T. Collins
                                         Attorneys for Defendant City of Woodland

## ORDER

Having considered the foregoing Stipulation, and good cause appearing therefor, without prejudice to the rights of Echo Sales and Equipment Company to assert any and all otherwise available defenses to the Second Amended Complaint,

IT IS SO ORDERED.

DATED: February 2, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com