UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman, F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman, THE ESTATE OF MARCO HELLMAN, deceased, WOODLAND SHOPPING CENTER, a limited partnership, JOSEPH MONTALVO, HAROLD TAECKER, GERALDINE TAECKER, HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation, OCCIDENTAL CHEMICAL CORPORATION, a New York corporation, and CITY OF WOODLAND,<br><br>    Defendants. | CASE NO. CIV. S-05-1510 WBS PAN<br><br><u>ORDER GRANTING CERTIFICATE OF APPEALABILITY</u> |

----oo0oo----

///

///

1

1   Pursuant to defendants' motion, the court hereby
2 certifies its January 3, 2006 order, denying defendants' motion
3 to dismiss for failure to state a claim under CERCLA, for appeal.
4   Under 28 U.S.C. § 1292(b), a district court may certify
5 for appeal an interlocutory order which is not otherwise
6 appealable if the district court is "of the opinion that such
7 order involves a controlling question of law as to which there is
8 substantial ground for difference of opinion and that an
9 immediate appeal from the order may materially advance the
10 ultimate outcome of the litigation."  28 U.S.C. § 1292(b).
11 Plaintiff does not dispute that the court's previous order
12 involved a controlling question of law that has generated several
13 differing opinions.  The only contested matter is whether an
14 appeal in this case will materially advance the ultimate outcome
15 of this litigation.
16   In light of the representation that every other judge
17 who has considered this issue has granted a certificate of
18 appealability, this court likewise finds that an appeal in this
19 case will materially advance this litigation. See City of Rialto
20 v. U.S. Dep't of Defense, No. 05-56749 (9th Cir. filed Nov. 5,
21 2005) (scheduled to be fully briefed in April, 2006); Kotrous v.
22 Goss-Jewett Co., No. 05-80120 (9th Cir. filed Oct. 21, 2005);
23 Aggio v. Estate of Aggio, No. 04-4357, 2006 U.S. Dist. LEXIS 3183
24 (N.D. Cal. Jan. 18, 2006) (granting defendants' motion to certify
25 for interlocutory appeal).  Eliminating the CERCLA and CERCLA-
26 dependent claims from this action would significantly limit the
27 complexity of this litigation, and thereby materially advance the
28 case.

2

1    IT IS THEREFORE ORDERED that defendants' motion to
2 certify this court's January 3, 2006 order in this case for
3 interlocutory appeal be, and the same hereby is, GRANTED.
4 DATED:  February 14, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3