LAURENCE L. ANGELO, ESQ., SBN 034528           (SPACE BELOW FOR FILING STAMP ONLY)
J. SCOTT SMITH, ESQ., SBN 151163
DOUGLAS R. THORN, ESQ., SBN 133521
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF WOODLAND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation, | Case No. 2:05-CV-01510-WBS-PAN |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, DECEASED; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individuall; GERALDINE TAECKER, an individuall; HOYT CORPORATION, a Massachusetts corporation' PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; and CITY OF WOODLAND; | |
| Defendants. | |

///

-1-
SUBSTITUTION OF ATTORNEYS

PDF created with pdfFactory trial version www.pdffactory.com

1  The City of Woodland hereby substitutes in as its attorneys of record in the above entitled
2  case J. Scott Smith and Douglas R. Thorn from the law firm of Angelo, Kilday & Kilduff, in lieu
3  and in place of the law firm of Best, Best & Krieger.  Therefore, the new address of record for
4  counsel for Defendant City of Woodland shall be as follows:

> J. Scott Smith, Esq., SBN 151163
> Douglas R. Thorn, Esq., SBN 133521
> Angelo, Kilday & Kilduff
> 601 University Avenue, Suite 150
> Sacramento, CA 95825
> Telephone: (916) 564-6100
> Facsimile: (916) 564-6263
> e-mail: jsmith@akk-law.com
> e-mail: jthorn@akk-law.com

DATED: February _7_, 2006              ANGELO, KILDAY & KILDUFF


                                       By:___/s/_____
                                          J. SCOTT SMITH

DATED: February _7_, 2006              BEST, BEST & KRIEGER


                                       BY___/s/_____
                                          DANIEL M. FUCHS
                                          Withdrawing Attorney


On behalf of the City of Woodland, I hereby consent to the above substitution of attorneys.

DATED: February _7_, 2006

                                       ___/s/_____
                                       PHILLIP L. MARLER
                                       Assistant City Manager

IT IS SO ORDERED.

DATED: February 15, 2006

                                       _William B. Shubb_____
                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE

-2-
SUBSTITUTION OF ATTORNEYS

PDF created with pdfFactory trial version www.pdffactory.com