Gary J. Smith (SB# 141393)
gsmith@bdlaw.com
Jia Yn Chen (SB# 222537)
jchen@bdlaw.com
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone:  (415) 262-4000
Facsimile:  (415) 262-4040

Attorneys for Defendant
PPG INDUSTRIES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, DECEASED; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; CITY OF WOODLAND, and ECHCO SALES & EQUIPMENT CO.,<br><br>          Defendants. | Case No. 2:05-CV-01510-WBS-PAN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER REGARDING HEARING ON SOLVENT MANUFACTURERS' MOTION TO DISMISS PLAINTIFF'S NINTH, TENTH, AND ELEVENTH CLAIMS FOR RELIEF<br>[L.R. 6-144, 83-143, 78-230(g)]<br><br>Date:   September 29, 2008<br>Time:   2:00 p.m.<br>Dept:   Courtroom 5, 14th Floor<br>Judge: Hon. William B. Shubb<br><br>[Complaint Filed:  July 27, 2005] |

/ / /

/ / /

1

WHEREAS plaintiff ADOBE LUMBER, INC. ("plaintiff" or "Adobe") filed and served its THIRD AMENDED COMPLAINT FOR CLEANUP ORDER UNDER RCRA; COST RECOVERY AND DECLARATORY RELIEF UNDER CERCLA; CONTRIBUTION AND INDEMNITY UNDER THE CALIFORNIA HAZARDOUS SUBSTANCES ACCOUNT ACT; NUISANCE; TRESPASS; STRICT PRODUCTS LIABILITY; NEGLIGENCE; AND NEGLIGENCE PER SE AND DEMAND FOR JURY TRIAL ("Third Amended Complaint") upon defendants PPG INDUSTRIES, INC. ("PPG") and OCCIDENTAL CHEMICAL CORPORATION ("Occidental") (collectively the "Solvent Manufacturers") on June 27, 2008;

WHEREAS, the Solvent Manufacturers filed their Notice of Motion and Motion to Dismiss Plaintiff's Ninth, Tenth, and Eleventh Claims for Relief on August 12, 2008 (Doc. 141) and set a hearing date on that motion for September 29, 2008 at 2:00 p.m;

WHEREAS, Adobe and the Solvent Manufacturers have agreed to reschedule the hearing on the motion;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, pursuant to Rules 6-144, 83-143 and 78-230(g) of the Civil Local Rules of this Court, that the hearing on the Solvent Manufacturers' motion shall be held on October 6, 2008 at 2:00 p.m.

**SO STIPULATED.**

Dated:  September 17, 2008.          BARTKO, ZANKEL, TARRANT & MILLER

By:      /s/ Howard L. Pearlman
         Howard L. Pearlman
         (as authorized on September 17, 2008)
         Attorneys for Plaintiff
         ADOBE LUMBER, INC.

Dated:  September 17, 2008.          BEVERIDGE & DIAMOND, P.C.

By:      /s/ Gary J. Smith
         Gary J. Smith
         Attorneys For Defendant
         PPG INDUSTRIES, INC.

Dated: September 17, 2008.          BARG COFFIN LEWIS & TRAPP, LLP


By:    /s/ Donald E. Sobelman
       Donald E. Sobelman
       (as authorized on September 17, 2008)
       Attorneys For Defendant
       OCCIDENTAL CHEMICAL CORPORATION

## ORDER

Having considered the foregoing Stipulation, and good cause appearing therefor,

**IT IS SO ORDERED.**

Dated: September 18, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND PROPOSED ORDER REGARDING HEARING ON SOLVENT MANUFACTURERS' MOTION TO DISMISS; Case No. 2:05-cv-01510-WBS-PAN