|    |                                                                                                                                                                                                                                                                                                                                                             |                              |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------|
|    | UNITED STATES DISTRICT COURT                                                                                                                                                                                                                                                                                                                                |                              |
|    | EASTERN DISTRICT OF CALIFORNIA                                                                                                                                                                                                                                                                                                                              |                              |
|    | ----oo0oo----                                                                                                                                                                                                                                                                                                                                               |                              |
|    | ADOBE LUMBER, INC., a California corporation,                                                                                                                                                                                                                                                                                                               |                              |
|    | Plaintiff,                                                                                                                                                                                                                                                                                                                                                  | NO. CIV. 05-1510 WBS PAN     |
|    | v.                                                                                                                                                                                                                                                                                                                                                          | ORDER                        |
|    | F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, deceased; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; CITY OF WOODLAND; and ECHO SALES & EQUIPMENT CO., |                              |
|    | Defendants.                                                                                                                                                                                                                                                                                                                                                 |                              |
|    | AND RELATED CROSSCLAIMS, COUNTERCLAIMS, AND THIRD PARTY CLAIMS.                                                                                                                                                                                                                                                                                             |                              |

        The Status (Pretrial Scheduling) Conference for the above-captioned case was scheduled for October 6, 2008. In response to the parties' joint request, the Status (Pretrial Scheduling) Conference is rescheduled for December 15, 2008 at 2:00 p.m. in Courtroom No. 5. The parties shall file a Joint Status Report in accordance with Eastern District Local Rule 16-240 and this court's Order Setting Status (Pretrial Scheduling) Conference no later than fourteen days before the Status (Pretrial Scheduling) Conference.

        IT IS SO ORDERED.

DATED:  October 3, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE