UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**ORDER OF REASSIGNMENT**

Pursuant to the Retirement of Judge Peter A. Nowinski, and good cause appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Magistrate Judge** Peter A. Nowinski to **Magistrate Judge** Edmund F. Brennan for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:05-cv-1510 WBS  EFB.

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.


Dated:   **October 8, 2008**

/s/ Anthony W. Ishii
ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE