DOWNEY BRAND LLP
STEVEN H. GOLDBERG (Bar No. 140039)
MICHAEL N. MILLS (Bar No. 191762)
LAURIE WONG HODGES (Bar No. 238872)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendants and Third-Party Plaintiffs
JOSEPH MONTALVO, as general partner of
Woodland Shopping Center, a limited partnership,
erroneously sued as an individual, and WOODLAND
SHOPPING CENTER, a limited partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; et al.,<br><br>Defendants,<br><br>WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>CHANNEL LUMBER, CO., a California corporation, ROSSI DEVELOPMENT, a General Partnership, JOSEPH ROSSI, an individual, and BILL ROSSI, an individual,<br><br>Third-Party Defendants. | Case No.  2:05-CV-01510-WBS-PAN<br><br>**STIPULATION AND [Proposed] ORDER GRANTING DEFENDANTS JOSEPH MONTALVO, AS GENERAL PARTNER OF WOODLAND SHOPPING CENTER, A LIMITED PARTNERSHIP, ERRONEOUSLY SUED AS AN INDIVIDUAL, AND WOODLAND SHOPPING CENTER, A LIMITED PARTNERSHIP LEAVE TO AMEND THEIR THIRD-PARTY COMPLAINT AGAINST CHANNEL LUMBER, CO., ROSSI DEVELOPMENT, JOSEPH ROSSI, AND BILL ROSSI AND FOR EXTENSION OF TIME FOR THIRD-PARTY PLAINTIFFS, JOSEPH MONTALVO, AS GENERAL PARTNER OF WOODLAND SHOPPING CENTER, A LIMITED PARTNERSHIP, ERRONEOUSLY SUED AS AN INDIVIDUAL, AND WOODLAND SHOPPING CENTER, A LIMITED PARTNERSHIP TO RESPOND TO CHANNEL LUMBER, CO., ROSSI DEVELOPMENT, JOSEPH ROSSI AND BILL ROSSI' S COUNTERCLAIM** |

1    WHEREAS, Third-Party Plaintiffs JOSEPH MONTALVO, as General Partner of
2 Woodland Shopping Center, a limited partnership, erroneously sued as an individual, and
3 WOODLAND SHOPPING CENTER, a limited partnership, (collectively, "WSC") filed and
4 served their Third-Party Complaint upon Channel Lumber Co., Rossi Development, and Joseph
5 Rossi, on or about August 20, 2008 and upon Bill Rossi on or about September 17, 2008
6 (collectively, "Third-Party Defendants");
7    WHEREAS, Third-Party Defendants filed Answers and Counterclaims to WSC's Third-
8 Party Complaint on September 23, 2008;
9    WHEREAS, WSC and Third-Party Defendants have agreed that WSC may file its
10 amended Third-Party Complaint;
11    WHEREAS, a copy of the Amended Third-Party Complaint is attached hereto as Exhibit
12 "A" pursuant to Local Rule 5-137(c) of this Court;
13    WHEREAS, the deadline for WSC to serve a responsive pleading to the Third-Party
14 Defendants' Counterclaim is presently October 17, 2008;
15    WHEREAS, the parties to this agreement desire to extend WSC's deadline to serve a
16 responsive pleading to the Third-Party Defendants' Counterclaim until after the Third-Party
17 Defendants have had an opportunity to file a counterclaim in response to WSC's Amended Third-
18 Party Complaint;
19    NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
20 pursuant to Rules 5-137(c), 6-144, 15-220, and 83-143 of the Local Rules of this Court, and
21 Federal Rules of Civil Procedure 15(a)(2) and 15(a)(3), that:
22    1.    WSC may file its amended Third-Party Complaint;
23    2.    WSC's Amended Third-Party Complaint is deemed to be filed and served as of the
24 date this Stipulation and Order is entered;
25    3.    Third-Party Defendants shall file a responsive pleading to WSC's Amended Third-
26 Party Complaint on or before ten (10) days after the date this Stipulation and Order is entered;
27 and
28    4.    The deadline for WSC to file and serve a response to the Third-Party Defendants'

Counterclaim is extended to and including November 6, 2008.

**SO STIPULATED.**

DATED: October 8, 2008            DOWNEY BRAND LLP


                                  By: /s/ Laurie Wong Hodges
                                       LAURIE WONG HODGES
                                  Attorney for Defendants and Third-Party Plaintiffs
                                  JOSEPH MONTALVO, as general partner of
                                  Woodland Shopping Center, a limited partnership,
                                  erroneously sued as an individual, and
                                  WOODLAND SHOPPING CENTER, a limited
                                  partnership


DATED: October 8, 2008            BARTKO, ZANKEL, TARRANT & MILLER
                                  A Professional Corporation


                                  By: /s/ Robert L. Wainess
                                       ROBERT L. WAINESS
                                  Attorney for Plaintiff ADOBE LUMBER, INC.,
                                  and Third-Party Defendants CHANNEL
                                  LUMBER, CO., ROSSI DEVELOPMENT,
                                  JOSEPH ROSSI, AND BILL ROSSI


**ORDER**

Having considered the foregoing Stipulation and good cause appearing therefore,

IT IS SO ORDERED.

DATED: October 16, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE