Howard L. Pearlman, State Bar No. 124785
Glenn P. Zwang, State Bar No. 112295
Robert L. Wainess, State Bar No. 121137
Brian P. Villarreal, State Bar No. 234690
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiff
ADOBE LUMBER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>F. WARREN HELLMAN, and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, DECEASED; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; CITY OF WOODLAND; and ECHCO SALES & EQUIPMENT CO.,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY COMPLAINTS. | No. 2:05-CV-01510-WBS-EFB<br><br>**STIPULATION AND [proposed] ORDER TO CONTINUE HEARING DATES ON PLAINTIFF'S MOTION FOR GOOD FAITH SETTLEMENT AND THIRD STATUS CONFERENCE**<br><br>Date:     December 8, 2008<br>Time:     2:00 pm<br>Courtroom: No. 5, 14th Floor<br>Judge:    Hon. William B. Shubb |

-1-

1       WHEREAS, plaintiff Adobe Lumber, Inc. ("Plaintiff") filed its Motion for Good
2  Faith Settlement Approval (the "Motion") on October 28, 2008; and
3       WHEREAS, the hearing date for the Motion is now set for December 8, 2008; and
4       WHEREAS, the last day for plaintiff to file and serve its reply papers on the Motion
5  is now December 1, 2008 and plaintiff seeks an extension until no later than December 8, 2008 to
6  file and serve its reply papers on the Motion; and
7       WHEREAS, the Third Status Conference in the instant matter is now set for
8  December 15, 2008; and
9       WHEREAS, the parties previously agreed that the hearing date on the Motion could
10 be continued until December 15, 2008, 2:00 pm, to coincide with the Third Status Conference; and
11      WHEREAS, the Court ruled on November 24, 2008 that the hearing on the Motion
12 and the Third Status Conference could not both be held on December 15, but that, "The parties may
13 seek leave to continue the 12/15/2008 Status Conference to a later date, or request that this matter
14 be heard with the motion on 12/8/2008 at 2:00 p.m.;" and
15      WHEREAS, the parties desire to continue both the hearing on the Motion and the
16 Third Status Conference to be heard on the same day, provided that plaintiff files its reply papers
17 on the Motion on or before December 8, 2008; and
18      WHEREAS, the next available date on Judge Shubb's civil law and motion
19 calendar is January 5, 2009; and
20      WHEREAS, the parties now agree that the hearing dates on both the Motion and the
21 Third Status Conference may be continued until January 5, 2009, at 2:00 pm, or until such later date
22 as the Court Orders, with the Status Conference immediately to follow the hearing on the Motion,
23 provided that plaintiff files and serves its reply papers on the Motion on or before December 8,
24 2008,
25      NOW THEREFORE IT IS HEREBY STIPULATED by and between the parties,
26 pursuant to Rules 6-144, 83-143 and 78-230(g) of the Civil Local Rules of this Court, subject to the
27 Court's approval, that the hearing dates on Plaintiff's Motion for Good Faith Settlement Approval
28

-2-

and the Third Status Conference shall be continued until January 5, 2009 (or such later date as the Court Orders), at 2:00 p.m., with the Status Conference immediately to follow the hearing on the Motion, and that plaintiff shall file and serve its reply papers on the Motion on or before December 8, 2008.

**SO STIPULATED.**

DATED: November 25, 2008        ANGELO, KILDAY & KILDUFF

By: /s/ John A. Whitesides
         John A. Whitesides
         Attorneys for Defendant
         City of Woodland

DATED: November 25, 2008        JONES DAY

By: /s/ Thomas M. Donnelly
         Thomas M. Donnelly
         Attorneys for Defendants
         Wells Fargo Bank and F. Warren Hellman, as Trustees

DATED: November 25, 2008        DOWNEY BRAND LLP

By: /s/ Michael N. Mills
         Michael N. Mills
         Attorneys for Defendants Woodland Shopping Center, a
         limited partnership, and Joseph Montalvo, as general partner
         of Woodland Shopping Center, a limited partnership,
         erroneously sued as an individual

DATED: November 25, 2008        FOLEY, BARON & METZGER, PLLC

By: /s/ Brian H. Phinney
         Brian H. Phinney
         Attorneys for Defendant
         Hoyt Corporation

| | | |
|---|---|---|
| 1 | DATED: November 25, 2008 | BEVERIDGE & DIAMOND, P.C. |
| 2 | | |
| 3 | | By: /s/ Gary J. Smith |
| | | Gary J. Smith |
| 4 | | Attorneys for Defendant |
| | | PPG Industries, Inc. |
| 5 | | |
| 6 | DATED: November 25, 2008 | BARG COFFIN LEWIS & TRAPP, LLP |
| 7 | | |
| | | By: /s/ R. Morgan Gilhuly |
| 8 | | R. Morgan Gilhuly |
| | | Attorneys for Defendant |
| 9 | | Occidental Chemical Corporation |
| 10 | DATED: November 25, 2008 | ARCHER NORRIS |
| 11 | | |
| 12 | | By: /s/ Probal G. Young |
| | | Probal G. Young |
| 13 | | Attorneys for Defendant |
| | | Echco Sales & Equipment Co. |
| 14 | | |
| 15 | DATED: November 25, 2008 | BARTKO, ZANKEL, TARRANT & MILLER, |
| | | A Professional Corporation |
| 16 | | |
| 17 | | By: /s/ Howard L. Pearlman |
| | | Howard L. Pearlman |
| 18 | | Attorneys for Plaintiff |
| | | Adobe Lumber, Inc. |
| 19 | | |
| 20 | DATED: November 25, 2008 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 21 | | |
| 22 | | By: /s/ Joseph Salazar |
| | | Bruce L. Shaffer |
| 23 | | Attorneys for Defendants |
| | | Harold Taecker and Geraldine Taecker |

-4-

**ORDER**

Having considered the foregoing Stipulation, and good cause appearing therefore,

**IT IS SO ORDERED**

Dated:  November 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARTKOZANKEL
Bartko·Zankel·Tarrant·Miller | Lovitt & Hannan, Inc. of Counsel
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152