UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation, | NO. CIV. 05-1510 WBS EFB |
| Plaintiff, | ORDER |
| v. | |
| F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, DECEASED; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; CITY OF WOODLAND; and ECHCO SALES & EQUIPMENT CO., | |
| Defendants. | |

1  AND RELATED COUNTERCLAIMS,
   CROSS-CLAIMS AND THIRD
2  PARTY COMPLAINTS.
   _____/
3
4                       ----oo0oo----
5          On December 15, 2008, defendants Wells Fargo Bank N.A.
6  and F. Warren Hellman ("Hellman Trustees") filed a motion to
7  strike alleged new arguments in plaintiff Adobe Lumber Inc.'s
8  reply in support of its motion for good faith settlement approval
9  or, in the alternative, a motion for leave to file a sur-reply.
10 The Hellman Trustees attached the sur-reply to their motion (see
11 Mot. Strike, Docket #308, Ex. A);
12         By order upon the parties' stipulation (see November
13 26, 2008 Order), the court had set the parties' Third Status
14 Conference for January 5, 2009, to coincide with the hearing date
15 for Adobe Lumber Inc.'s motion for approval of good faith
16 settlement.  However, in order to give the parties a full
17 opportunity to brief the issues raised in the reply and sur-
18 reply, the count will modify the schedule as follows:
19         IT IS HEREBY ORDERED THAT:
20         (1) The Hellman Trustees may file and are deemed to
21 have filed the sur-reply attached to their motion;
22         (2) Adobe Lumber Inc. may file a response to the
23 Hellman Trustees' sur-reply no later than January 5, 2009,
24         (3) The hearing date for Adobe Lumber Inc.'s motion for
25 good faith settlement approval is moved to January 20, 2009 at
26 2:00 p.m.;
27         (4) The parties' Third Status Conference is moved to
28 January 20, 2009, at 2:00 p.m.; and

                               2

(5) In light of the foregoing, the Hellman Trustees' motion to strike is moot.

DATED: December 23, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE