Howard L. Pearlman, State Bar No. 124785
Glenn P. Zwang, State Bar No. 112295
Robert L. Wainess, State Bar No. 121137
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiff
ADOBE LUMBER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>F. WARREN HELLMAN, and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, DECEASED; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; CITY OF WOODLAND; and ECHCO SALES & EQUIPMENT CO.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY COMPLAINTS. | No. 2:05-CV-01510-WBS-EFB<br><br>**STIPULATION AND [proposed] ORDER TO CONTINUE THE HEARING DATE ON WOODLAND'S MOTION FOR PARTIAL SUMMARY JUDGMENT UNTIL AUGUST 31, 2009**<br><br><br>Courtroom:  No. 5, 14th Floor<br>Judge:        Hon. William B. Shubb |

-1-

1       WHEREAS, on June 15, 2009, defendant City of Woodland ("Woodland") filed its Motion for Partial Summary Judgment; and

3       WHEREAS, the hearing date for said motion is set for August 3, 2009, 2 p.m., and

4       WHEREAS, plaintiff Adobe Lumber, Inc. ("Plaintiff") and Woodland have now agreed to continue the hearing date on Woodland's Motion for Partial Summary Judgment until August 31, 2009, 2:00 p.m., with opposition and reply papers to be filed based on the continued hearing date;

      NOW THEREFORE IT IS HEREBY STIPULATED by and between Plaintiff and Woodland, pursuant to Rules 6-144, 83-143 and 78-230(c),(d),(g) of the Civil Local Rules of this Court, that the hearing on Woodland's Motion for Partial Summary Judgment shall be held on August 31, 2009, 2:00 p.m. with opposition and reply papers filed pursuant to Rule 78-230(c) and (d).

**SO STIPULATED.**

DATED: June 29, 2009        ANGELO, KILDAY & KILDUFF

By: /s/ John A. Whitesides
      John A. Whitesides
      Attorneys for Defendant
      City of Woodland

DATED: June 29, 2009        BARTKO, ZANKEL, TARRANT & MILLER,
A Professional Corporation

By: /s/ Howard L. Pearlman
      Howard L. Pearlman
      Attorneys for Plaintiff
      Adobe Lumber, Inc.

BARTKOZANKEL
Bartko-Zankel-Tarrant-Miller | Lovitt & Hannan, Inc. of Counsel
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

## ORDER

Having considered the foregoing Stipulation, and good cause appearing therefore,

**IT IS SO ORDERED**

Dated: July 1, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE