STEPHEN C. LEWIS (State Bar No. 66590; scl@bcltlaw.com)
R. MORGAN GILHULY (State Bar No. 133659; rmg@bcltlaw.com)
LAURA S. BERNARD (State Bar No 197556; lsb@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street · 22nd Floor
San Francisco, California  94104-1435
Telephone:     (415) 228-5400
Facsimile:      (415) 228-5450

Attorneys for Defendant
OCCIDENTAL CHEMICAL CORPORATION

GARY J. SMITH (State Bar No. 141393; gsmith@bdlaw.com)
JIA YN CHEN (State Bar No. 222537; jchen@bdlaw.com)
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, California 94104-1251
Telephone:     (415) 262-4000
Facsimile:      (415) 262-4040

Attorneys for Defendant
PPG INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, DECEASED; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; CITY OF WOODLAND; and ECHCO SALES & EQUIPMENT CO.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY COMPLAINTS. | Case No. 2:05-CV-01510-WBS-EFB<br><br>**ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS** |

[PROPOSED] ORDER
U.S.D.C Case No. Civ. 2:05-CV-01510-WBS-EFB

657997.1

The Court has considered Defendants Occidental Chemical Corporation and PPG Industries, Inc.'s (the "Settling Defendants") Application for Order Approving Settlement and Barring Contribution Claims (the "Application").  Having read and considered the Application and good cause appearing,

IT IS HEREBY ORDERED THAT:

The Application is granted.  The Court orders as follows:

1) The settlement agreement between Adobe Lumber, Inc. ("Adobe"), Channel Lumber Co. ("Channel"), Joe Rossi, Bill Rossi and Rossi Development (collectively, "Rossis") and the Settling Defendants (the "Settlement Agreement") is approved;

2) All claims of Adobe, Channel and Rossis against the Settling Defendants are dismissed with prejudice;

3) All claims of the Settling Defendants against Adobe, Channel and Rossis are dismissed with prejudice;

4) All claims against the Settling Defendants by all other parties to this action are dismissed with prejudice;

5) All claims of the Settling Defendants against all other parties to this action are dismissed with prejudice;

6) All claims against the Settling Defendants for contribution or indemnity related to this action or the matters addressed in the Settlement Agreement are barred, whether such claims are brought pursuant to federal or state law; and

7) The provisions of the Uniform Comparative Fault Act ("UCFA") apply with respect to the effect of the settlement.

DATED: January 5, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE