FOLEY, BARON & METZGER, PLLC
RICHARD S. BARON (*Admitted Pro Hac Vice*)
KIM J. SVESKA (*Admitted Pro Hac Vice*)
BRIAN H. PHINNEY (*Admitted Pro Hac Vice*)
38777 Six Mile Rd., Suite 300
Livonia, Michigan 48152
(734) 742-1800

Attorneys for Defendant,
Hoyt Corporation, a Massachusetts Corporation

Kurt F. Vote, CA State Bar No. 160496
Mandy L. Jeffcoach, CA State Bar No. 232313
McCormick Barstow, LLP
5 River Park Place East
P.O. Box 28912
Fresno, CA 93720
(559) 433-1300

Local Counsel for Defendant,
Hoyt Corporation, a Massachusetts Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; et al.,<br><br>    Defendants,<br>_____<br><br>AND RELATED CROSS ACTIONS.<br>_____ | Case No. 2:05-CV-01510-WBS-EFB<br><br>**ORDER GRANTING MOTION FOR HOYT CORPORATION TO APPEAR TELEPHONICALLY AT THE MOTION HEARING SET FOR JANUARY 19, 2010 AT 2:00 p.m.**<br><br>Date:  January 19, 2010<br>Time:  2:00 p.m.<br>Dept:  Courtroom 5, 14th Floor<br>Judge: Hon. William B. Shubb |

1

1   Defendant Hoyt Corporation's ("Hoyt") motion to allow Hoyt's counsel to appear
2 telephonically at the motion hearing scheduled for January 19, 2010 at 2:00 p.m., before the
3 Honorable William B. Shubb came on without hearing on the date indicated below, before the
4 Honorable William B. Shubb.
5   Having considered the moving papers and arguments of counsel, and otherwise being
6 informed in the premises, IT IS HEREBY ORDERED THAT Hoyt's motion to appear
7 telephonically is GRANTED, and Hoyt's counsel, Brian H. Phinney may appear telephonically
8 at the telephone number (734) 742-1860 for the motion hearing on January 19, 2010 at 2:00
9 p.m., before the Honorable William B. Shubb for all purposes under the Federal Rules of Civil
10 Procedure.
11 Dated:   January 11, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2