FOLEY, BARON & METZGER, PLLC
RICHARD S. BARON (*Admitted Pro Hac Vice*)
KIM J. SVESKA (*Admitted Pro Hac Vice*)
BRIAN H. PHINNEY (*Admitted Pro Hac Vice*)
38777 Six Mile Rd., Suite 300
Livonia, Michigan 48152
(734) 742-1800

Attorneys for Defendant,
Hoyt Corporation, a Massachusetts Corporation

Kurt F. Vote, CA State Bar No. 160496
Mandy L. Jeffcoach, CA State Bar No. 232313
McCormick Barstow, LLP
5 River Park Place East
P.O. Box 28912
Fresno, CA 93720
(559) 433-1300

Local Counsel for Defendant,
Hoyt Corporation, a Massachusetts Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; et al.,<br><br>　　　Defendants,<br>_____<br><br>AND RELATED CROSS ACTIONS.<br>_____ | Case No. 2:05-CV-01510-WBS-EFB<br><br>**ORDER APPROVING SETTLEMENT AND BARRING CONTRIBUTION CLAIMS** |

1

The Court has considered Defendant Hoyt Corporation's ("Hoyt") Motion for Order Approving Settlement and Barring Contribution Claims ("Motion").  Having read and considered the motion and good cause appearing,

IT IS HEREBY ORDERED THAT:

This Motion is granted.  The Court orders as follows:

(1)  The settlement agreement between Hoyt and Adobe Lumber, Inc. ("Adobe"), Channel Lumber, Inc. ("Channel"), Joe Rossi, Bill Rossi, and Rossi Development (collectively, "Rossis") and Hoyt is approved;

(2)  All claims of Adobe, Channel and Rossis against Hoyt are dismissed with prejudice;

(3)  All claims of Hoyt against Adobe, Channel and Rossi are dismissed with prejudice;

(4)  All claims against Hoyt by all other parties to this action are dismissed with prejudice;

(5)  All claims of Hoyt against all other parties to this action are dismissed with prejudice;

(6)  All claims against Hoyt for contribution or indemnity related to this action or the matters addressed in the settlement agreement are barred, whether such claims are brought pursuant to federal or state law; and

(7)  The provisions of the Uniform Comparative Fault Act ("UCFA") apply with respect to the effect of the settlement.

Dated:  January 13, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE