Sean D. Richmond, SBN 210138
Joseph A. Salazar, Jr., SBN 169551
LEWIS BRISBOIS BISGAARD & SMITH LLP
2850 Gateway Oaks, Suite 450
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Defendants/Counter-Claimants/
Third-Party Plaintiffs HAROLD TAECKER and
GERALDINE TAECKER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>HAROLD TAECKER, an individual, GERALDINE TAECKER, an individual, WOODLAND SHOPPING CENTER, a limited partnership; and THE ESTATE OF MARCO HELLMAN, DECEASED,<br><br>        Defendants.<br><br>AND RELATED CROSS ACTIONS. | CASE NO. 2:05-CV-01510 WBS EFB<br><br>**ORDER DETERMINING SETTLEMENT IN GOOD FAITH**<br><br>Date:         January 19, 2010<br>Time:        2:00 p.m.<br>Courtroom: No. 5, 14th Floor<br>Judge:       Hon. William B. Shubb |

Defendants HAROLD TAECKER and GERALDINE TAECKER ("TAECKERS") filed with this Court an Application for Determination of Good Faith Settlement pursuant to the Uniform Comparative Fault Act and California Code of Civil Procedure §877.6. All parties to this action have submitted to the Court non-oppositions to the TAECKERS' Application.

IT IS HEREBY ORDERED that a settlement was reached by and between Defendants TAECKER and Plaintiff ADOBE LUMBER, INC., and that settlement was reached in good faith.

IT IS HEREBY FURTHER ORDERED that all Cross-Complaints filed or deemed filed for equitable or comparative contribution, or partial or comparative indemnity, for partial and implied

1  contractual indemnification, apportionment of fault and declaratory relief against the TAECKERS
2  in this action be dismissed.
3      IT IS FURTHER HEREBY ORDERED that all future Cross-Complaints filed or deemed
4  filed for equitable or comparative contribution, or partial or comparative indemnity, for partial and
5  implied contractual indemnification, apportionment of fault and declaratory relief against the
6  TAECKERS related to the matters at issue in this lawsuit are barred forever.

DATED: January 13, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE