1  Thomas M. Donnelly (State Bar No. 136546)
   tmdonnelly@jonesday.com
2  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
3  James L. Mink (State Bar No. 219267)
   jlmink@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104-1500
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendants
   HELLMAN TRUSTEES

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  ADOBE LUMBER, INC., a California          Case No.:  **2:05-CV-01510-WBS-EFB**
    corporation,
13                                            **ORDER GRANTING MOTION FOR**
    Plaintiff,                                **APPROVAL OF SETTLEMENT AND**
                                              **ORDER BARRING CONTRIBUTION**
14  v.                                        **CLAIMS**

15  F. WARREN HELLMAN and WELLS               Date:        February 1, 2010
    FARGO BANK, N.A., as Trustees of Trust A  Time:        2:00 p.m.
16  created by the Estate of Marco Hellman;   Courtroom:   No. 5, 14th Floor
    F. WARREN HELLMAN as Trustee of           Judge:       Hon. William B. Shubb
17  Trust B created by the Estate of Marco
    Hellman; THE ESTATE OF MARCO
18  HELLMAN, DECEASED; WOODLAND
    SHOPPING CENTER, a limited partnership;
19  JOSEPH MONTALVO, an individual;
    HAROLD TAECKER, an individual;
20  GERALDINE TAECKER, an individual;
    HOYT CORPORATION, a Massachusetts
21  corporation; PPG INDUSTRIES, INC., a
    Pennsylvania corporation; OCCIDENTAL
22  CHEMICAL CORPORATION, a New York
    corporation; CITY OF WOODLAND; and
23  ECHCO SALES & EQUIPMENT CO.,

24  Defendants.

25  _____

    AND RELATED COUNTERCLAIMS,
26  CROSS-CLAIMS AND THIRD-PARTY
    COMPLAINTS

27

28

                                              [PROPOSED] ORDER ON MTN FOR
                                                  APPROVAL OF SETTLEMENT
                                                 Case No. 2:05-cv-01510-WBS-EFB

1    The Court has considered the Motion of defendants F. WARREN HELLMAN and

2    WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman,

3    and F. WARREN HELLMAN, as Trustee of Trust B created by the Estate of Marco Hellman

4    (collectively, the "Hellman Trustees"), for Approval of Settlement and Order Barring

5    Contribution Claims ("Motion").  Having read and considered the Motion and good cause

6    appearing,

7        IT IS HEREBY ORDERED THAT:

8        1.    The settlement agreement between the Hellman Trustees, on the one hand, and

9    plaintiff Adobe Lumber, Inc., third-party defendants Joe Rossi, Bill Rossi and Rossi Development,

10   and third-party defendant Channel Lumber Co. (collectively, the "Settling Plaintiffs"), on the

11   other hand, is approved;

12       2.    All claims of the Settling Plaintiffs against the Hellman Trustees are dismissed

13   with prejudice;

14       3.    All claims of the Hellman Trustees against the Settling Plaintiffs are dismissed

15   with prejudice;

16       4.    All claims against the Hellman Trustees by all other parties to this action are

17   dismissed with prejudice;

18       5.    All claims by the Hellman Trustees against all other parties to this action are

19   dismissed with prejudice;

20       6.    All claims that were or could have been asserted against the Hellman Trustees for

21   contribution or indemnity related to this action or the matters addressed in the settlement

22   agreement are barred, whether such claims are brought pursuant to federal or state law; [and]

23       7.    The provisions of the Uniform Comparative Fault Act apply with respect to the

24   effect of the settlement[.] [; and, (if the Court finds that it applies)]

25       8.    [The settlement satisfies the requirements of California Code of Civil Procedure

26   § 877.6.]

27   Dated:  March 4, 2010

28

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE