DOWNEY BRAND LLP
STEVEN H. GOLDBERG (Bar No. 140039)
JENNIFER HARTMAN KING (Bar No. 211313)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
sgoldberg@downeybrand.com
jhking@downeybrand.com

Attorneys for Defendants JOSEPH MONTALVO, as General Partner of Woodland Shopping Center, a limited partnership, erroneously sued as an individual, and WOODLAND SHOPPING CENTER, a limited partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE LUMBER, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, DECEASED; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; CITY OF WOODLAND; and ECHCO SALES & EQUIPMENT CO.,<br><br>                    Defendants,<br><br>AND ALL RELATED ACTIONS. | Case No.  2:05-CV-01510-WBS-EFB<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AND ORDER BARRING CONTRIBUTION CLAIMS**<br><br>Date:         March 1, 2010<br>Time:         2:00 p.m.<br>Courtroom: No. 5, 14th Floor<br>Judge:        Hon. William B. Shubb |

1054258.2                                        1

[PROPOSED] ORDER FOR APPROVAL OF SETTLEMENT & ORDER BARRING CONTRIBUTION CLAIMS

1  The Court has considered the Motion of defendants JOSEPH MONTALVO, as General Partner of Woodland Shopping Center, a limited partnership, erroneously sued as an individual, and WOODLAND SHOPPING CENTER, a limited partnership (collectively, "WSC"), for Approval of Settlement and Order Barring Contribution Claims ("Motion").  Having read and considered the Motion and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The settlement agreement between WSC, on the one hand, and plaintiff Adobe Lumber, Inc., third-party defendants Joseph Rossi, Bill Rossi and Rossi Development, and third-party defendant Channel Lumber Co. (collectively, the "Settling Plaintiffs"), on the other hand, is approved;

2. All claims of the Settling Plaintiffs against WSC are dismissed with prejudice;

3. All claims of WSC against the Settling Plaintiffs are dismissed with prejudice;

4. All claims against WSC by all other parties to this action are dismissed with prejudice;

5. All claims that were or could have been asserted against WSC for contribution or indemnity that relate to or arise from the matters addressed in the action are barred, whether such claims are brought pursuant to federal or state law; [and]

6. The provisions of the Uniform Comparative Fault Act apply with respect to the effect of the settlement[.] [; and, (if the Court finds that it applies)]

7. [The settlement satisfies the requirements of California Code of Civil Procedure section 877.6.]

DATED:  March 4, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE