1  Eugene C. Blackard Jr. (Bar No. 142090)
   gblackard@archernorris.com
2  Probal G. Young (Bar No. 188177)
   pyoung@archernorris.com
3  Alissa R. Pleau-Fuller (Bar No. 258907)
   apleaufuller@archernorris.com
4  ARCHER NORRIS
   2033 North Main Street, Suite 800
5  Walnut Creek, CA  94596-3759
   Telephone:     925.930.6600
6  Facsimile:     925.930.6620

7  Attorneys for Third-Party Defendant
   ECHCO SALES CO., INC. (erroneously sued herein
8  as ECHCO SALES AND EQUIPMENT CO., INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE LUMBER, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>F. WARREN HELLMAN, and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; et al.,F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, DECEASED; WOODLAND SHOPPING CENTER,  a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts Corporation; PPG INDUSTRIES, INC., a Pennsylvania Corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York Corporation; CITY OF WOODLAND; and ECHO SALES & EQUIPMENT CO.,<br><br>Defendants. | Case No.  2:05-CV-01510-WBS-PAN<br><br>**ORDER GRANTING ECHCO SALES CO., INC.'S MOTION FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS**<br><br>Date:   March 1, 2010<br>Time:   2:00 p.m.<br>Judge:  William B. Shubb<br>Courtroom: 5, 14th Floor |

AND RELATED CROSS-CLAIMS

The motion for approval of the settlement and barring claims against the following settling party-defendants:

 **(1)** **Echco Sales & Co., Inc.; and**

 **(2)** **Plaintiff Adobe Lumber; Channel Lumber; and Rossi Development**,

which was filed by Third-Party Defendant ECHCO SALES & CO., INC. ("Echco") was heard by this Court.

After considering the moving papers and any responses thereto and the record as a whole, the Court finds that the settlement as embodied in the Settlement Agreement set forth as Exhibit A hereto was made in good faith and is fair, reasonable and consistent with the purposes of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601, *et seq*.

The matter having been briefed, argued and submitted for decision, and good cause appearing,

IT IS HEREBY ORDERED that the motion is granted, and IT IS FURTHER ORDERED that:

1. The Settlement Agreement attached as Exhibit 1 hereto is hereby approved as a good faith settlement.

2. Section 6 of the Uniform Comparative Fault Act, 12 U.L.A. 147 (1996), in pertinent part, is hereby adopted as the federal common law in this case for the purposes of determining the legal effect of the Settlement Agreement.

3. The Court further finds and determines that the Settlement Agreement has been entered into in good faith within the meaning of *California Code of Civil Procedure* § 877.6.

4. Pursuant to UCFA § 6 and the *California Code of Civil Procedure* § 877.6, any and all claims against the settling defendant arising out of the matters asserted in this action or addressed in the Settlement Agreement, regardless of when asserted or by whom, are barred. Such claims are barred regardless of whether they are brought pursuant to CERCLA 42 U.S.C. §

1  9601, *et seq.*, or pursuant to other federal or state law.

3  Dated:  March 4, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

11  H2081/875848-1