UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ADOBE LUMBER, INC., a California corporation,

      Plaintiff,

vs.

F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN, as Trustee of Trust created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, DECEASED; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; and CITY OF WOODLAND,

      Defendants.
_____/

CIV. NO. 2:05-1510 WBS EFB

RELATED CASE & CALENDERING ORDER

|   |   |   |
|---|---|---|
| ADOBE LUMBER, INC., a California corporation, | | |
| | Plaintiff, | CIV. NO. 2:10-665 GEB KJM |
| vs. | | |
| CITY OF WOODLAND, | | |
| | Defendant. | |

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123(a) because they involve the same plaintiff and a same defendant and similar claims.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated <u>Adobe Lumber, Inc. v. Hellman and Wells Fargo Bank, N.A. et al.</u>, Civ. No. 2:05-1510 WBS EFB, and <u>Adobe Lumber, Inc. v. City of Woodland</u>, Civ. No. 2:10-665 GEB KJM be, and the same hereby are, deemed related and the case denominated <u>Adobe Lumber, Inc. v. City of Woodland</u>, Civ. No. 2:10-665 GEB KJM shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Edmund F. Brennan for all further proceedings.  Any dates currently set in

the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>Adobe Lumber, Inc. v. City of Woodland</u>, Civ. No. 2:10-665 WBS EFB.

     IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

     IT IS FURTHER ORDERED that a Status Conference is set for 2:00 p.m. on Monday, April 5, 2010 in Courtroom No. 5 to discuss whether the two cases should be consolidated.  All parties shall attend the status conference.

     IT IS FURTHER ORDERED that the Pretrial Conference set for 2:00 p.m. on Monday, April 5, 2010 in <u>Adobe Lumber, Inc. v. Hellman and Wells Fargo Bank, N.A. et al.</u>, Civ. No. 2:05-1510 WBS EFB is reset for 2:00 p.m. on Monday, April 19, 2010.

DATED: March 31, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE