UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman; F. WARREN HELLMAN as Trustee of Trust B created by the Estate of Marco Hellman; THE ESTATE OF MARCO HELLMAN, deceased; WOODLAND SHOPPING CENTER, a limited partnership; JOSEPH MONTALVO, an individual; HAROLD TAECKER, an individual; GERALDINE TAECKER, an individual; HOYT CORPORATION, a Massachusetts corporation; PPG INDUSTRIES, INC., a Pennsylvania corporation; OCCIDENTAL CHEMICAL CORPORATION, a New York corporation; CITY OF WOODLAND; and ECHO SALES & EQUIPMENT CO.,<br><br>      Defendants.<br>_____/ | NO. CIV. 2:05-1510 WBS PAN<br><br><u>ORDER CONSOLIDATING CASES AND SCHEDULING ORDER</u> |

1

1  ADOBE LUMBER, INC., a
   California corporation,
2
              Plaintiff,              CIV. NO. 2:10-665 WBS PAN
3  v.
4  CITY OF WOODLAND,
5             Defendant.
   _____/
6
7           After conferring with the parties at the status
8  conference on April 5, 2010, the court hereby enters the
9  following Orders and schedule in the above-captioned cases.
10         I.   CONSOLIDATION
11          For the reasons discussed at the status conference, the
12 court will grant plaintiff Adobe Lumber, Inc.'s request to
13 consolidate the two above-captioned cases.  The cases shall be
14 consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2)
15 for all purposes and the disposition will take the form of a
16 single judgment that will apply to both cases.  The main case
17 number will now be 2:05-1510 and all documents shall be filed on
18 that docket; however, counsel are instructed to include both case
19 numbers on all filings.
20         II.  DISCOVERY
21          All discovery in the now-consolidated matter, including
22 depositions for preservation of testimony, is left open, save and
23 except that it shall be so conducted as to be completed by
24 December 6, 2010.  The word "completed" means that all discovery
25 shall have been conducted so that all depositions have been taken
26 and any disputes relevant to discovery shall have been resolved
27 by appropriate order if necessary and, where discovery has been
28 ordered, the order has been obeyed.  All motions to compel

discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than December 6, 2010.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than October 4, 2010.  With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before November 15, 2010.

### III.  MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before December 6, 2010.  All motions shall be noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

### IV.  FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for February 22, 2011, at 2:00 p.m. in Courtroom No. 5.  The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 16-281 and 16-282 relating to the

3

contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 16-281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 16-281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

V.  TRIAL SETTING

The jury trial is set for April 19, 2011 at 9:00 a.m.

VI. SETTLEMENT CONFERENCE

A Settlement Conference will be set at the time of the Pretrial Conference.  All parties should be prepared to advise the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.  At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  If the settlement judge is not the trial judge, the Settlement Conference

4

Statements shall not be filed and will not otherwise be disclosed to the trial judge.

      VII.   MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge.

IT IS THEREFORE ORDERED that Adobe Lumber, Inc. v. Hellman and Wells Fargo Bank, N.A. et al., Civ. No. 2:05-1510 WBS EFB and Adobe Lumber, Inc. v. City of Woodland, Civ. No. 2:10-665 WBS EFB be, and the same hereby are, consolidated for all purposes. The Clerk of the Court is instructed to administratively close the 2:10-665 case and all documents shall be filed and docketed in the 2:05-1510 case.

IT IS FURTHERED ORDERED that the Pretrial Conference set for April 19, 2010 and the trial set for June 8, 2010 in the 2:05-1510 case be vacated.

DATED: April 6, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5