JOHN A. WHITESIDES, ESQ., SBN 125611
 Email:  jwhitesides@akk-law.com
SERENA M. SANDERS, ESQ., SBN 264799
 Email:  ssanders@akk-law.com
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF WOODLAND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F. WARREN HELLMAN, et al. and CITY OF WOODLAND<br><br>Defendants,<br>_____<br>And Consolidated Action. | Case No. 2:05-1510-WBS-PAN<br><br>**STIPULATION TO EXTEND DISCOVERY AND LAW AND MOTION DEADLINES IN PRETRIAL SCHEDULING ORDER; ORDER**<br><br><br>**The Honorable William B. Shubb** |

Plaintiff ADOBE LUMBER, INC., by and through their attorneys Archer Norris, and Defendant CITY OF WOODLAND, by and through their attorneys Angelo, Kilday & Kilduff, hereby stipulate and seek Court approval for the following:

## STIPULATION

Since this Court's Scheduling Order of April 7, 2010, the Parties have suspended discovery and further law and motion work in order to engage in direct settlement negotiations. Defendant has granted Plaintiff multiple extensions to respond to its interrogatories, requests for production and requests for admission, and wishes to continue to do so during the ongoing

settlement negotiations.  The Parties are close to achieving settlement and believe negotiation will be concluded within the next 30 days.

Accordingly, the Parties request to modify the Scheduling Order as follows:

1. All discovery to be completed by February 4, 2011;
2. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, to be filed by February 4, 2011.

Dated:  September 20, 2010                    ANGELO, KILDAY & KILDUFF

                                              */s/ Serena M. Sanders*
                                              By:_____
                                                 SERENA M. SANDERS
                                                 Attorneys for Defendant
                                                 CITY OF WOODLAND

Dated:  September 20, 2010                    ARCHER NORRIS

                                              /s/ *Peter W. McGaw*
                                              By:_____
                                                 PETER W. McGAW
                                                 Attorneys for Plaintiff
                                                 ADOBE LUMBER, INC.

///
///
///
///
///
///

**ORDER**

Accordingly, for good cause and pursuant to the above Stipulation of the Parties, IT IS HEREBY ORDERED that:

1. All discovery to be completed by February 4, 2011;
2. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, to be filed by February 4, 2011.
3. All other dates set forth in the Court's April 7, 2010 Scheduling Order shall remain the same.

IT IS SO ORDERED.

Dated: September 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE