JOHN A. WHITESIDES, ESQ., SBN 125611
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF WOODLAND

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ADOBE LUMBER, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> F. WARREN HELLMAN and WELLS FARGO BANK, N.A., as Trustees of Trust A created by the Estate of Marco Hellman, et al., <br><br> Defendants. | Case No. 2:05-CV-1510 WBS EFB <br><br> **STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER** <br><br> **Trial Date:     April 19, 2011** |
| ADOBE LUMBER, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF WOODLAND, <br><br> Defendant. | Case No. 2:10-CV-0665 WBS EFB |

### STIPULATION

        As all complaints, counterclaims and cross-claims between the parties hereto in Case Nos. 2:05-CV-1510 and 2:10-CV-0665 have been resolved by mutual agreement of said parties, and there being no other remaining parties to either action, the parties to this stipulation hereby

{00049128}

1   agree that (a) both actions may be dismissed in their entireties with prejudice and (b) that this

2   stipulation fully satisfies their written settlement agreement as to termination of the actions.

3

4   Dated:  March 1, 2011                    ARCHER NORRIS

5                                                        */s/ Peter W. McGaw*

6                                            By:_____
                                                 PETER W. MCGAW
7                                                Attorneys for Plaintiff
                                                 ADOBE LUMBER, INC. and for Cross-
8                                                Claimants CHANNEL LUMBER CO.,
                                                 ROSSI DEVELOPMENT, JOSEPH
9                                                ROSSI and BILL ROSSI

10

11

12  Dated:  March 4, 2011                    ANGELO, KILDAY & KILDUFF, LLP

13                                                       */s/ John A. Whitesides*

14                                           By:_____
                                                 JOHN A. WHITESIDES
15                                               Attorneys for Defendant
                                                 CITY OF WOODLAND
16

17

18

19                                      **ORDER**

20          The Court having reviewed the foregoing stipulation of the parties and for good cause

21  appearing, it is hereby Ordered that Case Nos. 2:05-CV-1510 and 2:10-CV-0665 shall hereby be

22  dismissed with prejudice.

23

24  Date:   March 3, 2011

25

26                                           WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE
27

28